UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YELENA STUDWELL individually and On
behalf of all other similarly situated persons,

                                 Plaintiffs,

Case No. 1:14-CV-02426

PERVEZ QURESHI, SHAFKAT ILAHI, AFZAL
AMANAT and EXCEL MEDICAL IMAGING P.C.,

                                 Defendants.
-----------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

**WHEREAS**, Plaintiff Yelena Studwell ("Plaintiff") and Defendants PERVEZ QURESHI, SHAFKAT ILAHI, AFZAL AMANAT and EXCEL MEDICAL IMAGING P.C (hereinafter referred to as "Defendants") (Plaintiff and Defendants, collectively, the "Parties") have entered into a Settlement and Release Agreement fully resolving Plaintiffs' claims against the defendants arising out of the Fair Labor Standards Act of 1938 ("FLSA), in exchange for valuable consideration, and

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties herein, that pursuant to Federal Rules of Civil Procedure 41(a)(1), the claims against the Defendants in the above-captioned action, having been settled, are discontinued and dismissed with prejudice and on the merits, with each Party bearing his, her, or its own fees and costs, except as provided for in the Settlement Agreement and General Release entered into between the Parties.

Dated: New York, New York
         January 5, 2014

| | |
|---|---|
| KLEYMAN & ASSOCIATES P.C.<br>*Counsel for Plaintiff* | DAVIDOFF HUTCHER & CITRON LLP<br>*Counsel for Defendants PERVEZ QURESHI, SHAFKAT ILAHI and EXCEL MEDICAL IMAGING P.C.* |
| By: /s/ Steven Yuniver<br>     Steven Yurniver, Esq.<br>     2747 Coney Island Avenue<br>     Brooklyn, New York 11235 | By: /s/ Mark E. Spund<br>     Mark E. Spund, Esq.<br>     200 Garden City Plaza, Suite 315,<br>     Garden City, NY 11530 |
| JONES MORRISON LLP<br>*Counsel for Defendant AFZAL AMANAT* | |
| By: /s/ Steven T. Sledzik<br>     Steven T. Sledzik, Esq.<br>     670 White Planes Road, Penthouse<br>     Penthouse, Scarsdale, NY 10583 | |

80110452v.1

SO ORDERED:

_____
U.S.M.J.